UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVARRIO WEBB, #451915,

        Plaintiff,                         CIVIL ACTION NO. 12-12370

        v.                                  DISTRICT JUDGE SEAN F. COX

SAGINAW POLICE                   MAGISTRATE JUDGE MARK A. RANDON
DEPARTMENT, OFFICER
BLAKE HIBBEN, AND OFFICER
JOAQUIN GUERRERO,

        Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (DKT. NO. 18)

On May 31, 2012, Plaintiff filed a §1983 Complaint alleging that Defendants used excessive force against him when effectuating an arrest. (Dkt. No. 1). This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. (Dkt. No. 18).

Except in rare circumstances, it is the practice of this Court to attempt to obtain counsel in civil rights cases filed by prison inmates only after a motion to dismiss or for summary judgment has been denied. Thus, Plaintiff's request for counsel is premature.

Accordingly, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** pending determination of a dispositive motion.

     **IT IS ORDERED**.

                                                  s/Mark A. Randon
                                                  MARK A. RANDON

UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 14, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager to Magistrate Judge Mark A. Randon*