UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Davarrio Webb,

    Plaintiff,

v.                                                                                    Case No. 12-12370

Blake Hiben,                                                                Sean F. Cox
                                                                                       United States District Court Judge

    Defendant.
_____/

## ORDER DENYING
## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

In this § 1983 action, Plaintiff Davarrio Webb asserts that Officer Blake Hiben used excessive force on him when he arrested Webb in connection with a home invasion. He also asserts assault and battery claims against Defendant under Michigan law.

The matter proceeded to a jury trial. At the conclusion of Plaintiff's proofs, Defendant Hiben's Counsel made an oral motion for judgment as a matter of law, pursuant to Fed. R. Civ. P. 50.

Judgment as a matter of law is appropriate where "the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue" after "a party has been fully heard on an issue during a jury trial." Fed. R. Civ. P. 50(a)(1). In reviewing a motion for judgment as a matter of law under Fed. R. Civ. P. 50, the Court considers the evidence in a light most favorable to the party against whom the motion is made, giving that party the benefit of all reasonable inferences. *Tuck v. HCA Health Svs. of Tennessee, Inc*., 7 F.3d 465, 469 (6th Cir. 1993).

1

Having considered Defendant Hiben's motion, and applying the above standard, the Court must deny the motion. Considering the evidence presented at trial in the light most favorable to Plaintiff, a reasonable jury would have a legally sufficient evidentiary basis to find in favor of Plaintiff with respect to his claims.

Accordingly, IT IS ORDERED that Defendant's Motion for Judgment As A Matter Of Law is DENIED.

IT IS SO ORDERED.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated:  September 17, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2015, by electronic and/or ordinary mail.

                                      S/Jennifer McCoy
                                      Case Manager